# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH QUINONEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ON HABEAS CORPUS,<br><br>　　　　Respondent. | Case No. 1:21-cv-01163-ADA-SAB-HC<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATION<br><br>(ECF No. 25) |

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has moved for an extension of time to file his objections to the findings and recommendation. (ECF No. 25).

IT IS HEREBY ORDERED that Petitioner is granted to and including December 28, 2022, to file his objections to the findings and recommendation.

IT IS SO ORDERED.

Dated:   **November 15, 2022**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE